IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> **JUAN DANIEL ALVAREZ-VELASCO,** § <br> § <br> Defendant. § <br> § <br> § | **CRIMINAL NO. EP-25-M-02257-MAT** <br><br> Count 1: 8 U.S.C. §1325(a)(1): <br> Improper entry by alien; <br><br> Count 2: 50 U.S.C. § 797: <br> Penalty for Violation of Security <br> Regulations and Orders; <br><br> Count 3: 18 U.S.C. § 1382: Entering <br> Military Property. |

## **INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

On or about **May 5, 2025,** in the Western District of Texas, the Defendant,

**JUAN DANIEL ALVAREZ-VELASCO,**

who was then and there an alien, did knowingly and unlawfully enter and attempt to enter the United States, at a time and place other than designated by immigration officials of the United States for the entrance of immigrants into the United States, in violation of Title 8 United States Code Section1325(a)(1).

### COUNT TWO

On or about **May 5, 2025,** in the Western District of Texas, the Defendant,

**JUAN DANIEL ALVAREZ-VELASCO,**

willfully violated a defense property security regulation, issued by lawful authority on April 30, 2025, by the Senior Commander, U.S. Army Ft. Bliss, establishing a National Defense Area, and declaring the lands to be a Restricted Area of the Department of the Army comprising approximately

2,000 acres of land located along the southern border of the United States, by accessing the designated Restricted Area which contained posted notice prohibiting unauthorized access, all in violation of Title 50, United States Code, Section 797.

## COUNT THREE

On or about **May 5, 2025**, in the Western District of Texas, the Defendant,

**JUAN DANIEL ALVAREZ-VELASCO,**

entered any military reservation, post, fort, arsenal, station, and installation, specifically, the National Defense Area created by lawful authority on April 30, 2025, by the Senior Commander, U.S. Army Ft. Bliss, establishing a National Defense Area, and declaring the lands to be a Restricted Area of the Department of the Army comprising approximately 2,000 acres of land located along the southern border of the United States, and said entry was for any purpose prohibited by law or lawful regulation, specifically, Title 8 U.S.C. Section 1325(a)(1), all in violation of Title 18 United States Code Section 1382.

Respectfully submitted,

MARGARET F. LEACHMAN
ACTING UNITED STATES ATTORNEY

By: *[signature]*

MELISSA-ROSE A. STAFFORD
Special Assistant U.S. Attorney
Florida Bar# 0096522
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884