# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CRIMINAL NO.: EP-25-MJ-02257-MAT |
| JUAN DANIEL ALVAREZ-VELASCO, | § § § § | |
| Defendant. | § § | |

## UNITED STATES' MOTION TO DISMISS INFORMATION

TO THE HONORABLE JUDGE:

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court, the United States Attorney for the Western District of Texas, hereby moves to dismiss and requests that the Court dismiss the original Misdemeanor Information, with prejudice, against Defendant, **Juan Daniel Alvarez-Velasco**.

Dated: May 21, 2025

                                            Respectfully submitted,

                                            MARGARET F. LEACHMAN
                                            ACTING UNITED STATES ATTORNEY

By: *Michael J. Dearden*
       MICHAEL J. DEARDEN
       Special Assistant United States Attorney
       District of Columbia Bar #1735725
       700 E. San Antonio, Suite 200
       El Paso, Texas 79901
       (915) 534-6884

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following participants:

Damian Rasmussen
Attorney for Defendant

*Michael J. Dearden*
Michael J. Dearden
Special Assistant U.S. Attorney

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § § § | |
| **Plaintiff,** § § | **CRIMINAL NO.:** |
| v. § § § | **EP-25-MJ-02257-MAT** |
| **JUAN DANIEL ALVAREZ-VELASCO,** § § § § | |
| **Defendant.** § | |

## ORDER GRANTING MOTION TO DISMISS INFORMATION

On this date came to be considered United States' Motion to Dismiss the Misdemeanor Information in the above captioned case.

After considering the United States' Motion and the status of this case, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Information filed on May 16, 2025, regarding Defendant, **Juan Daniel Alvarez-Velasco,** be dismissed, with prejudice.

SIGNED this _____ day of May 2025.

_____
MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE