IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN DANIEL ALVAREZ-VELASCO,<br><br>Defendant. | §§§§§§§§§§§§ CRIMINAL NO.:<br>EP-25-MJ-02257-MAT |

## ORDER GRANTING MOTION TO DISMISS INFORMATION

On this date came to be considered United States' Motion to Dismiss the Misdemeanor Information in the above captioned case.

After considering the United States' Motion and the status of this case, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Information filed on May 16, 2025, regarding Defendant, **Juan Daniel Alvarez-Velasco,** be dismissed, with prejudice.

SIGNED this 27th day of May 2025.

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE